# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-13-00125-CV

**Federal National Mortgage Association, Appellant**

**v.**

**Gerald R. Haddox and Sharon Haddox, and All Other Occupants, Appellees**

### FROM THE COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
### NO. C-1-CV-12-009316, HONORABLE J. DAVID PHILLIPS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Federal National Mortgage Association has filed an unopposed motion to dismiss stating that it no longer wishes to pursue this appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Pemberton and Field

Dismissed on Appellant's Motion

Filed:   July 2, 2013